*ce: leh*

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 26 2009

at __3__ o'clock and __25__ min. __P__ M.
SUE BEITIA, CLERK

BARRY SOOALO 8310
550 Halekauwila Street, Suite 301B
Honolulu, Hawaii 96813
(808) 585-8700; FAX: (808) 585-8726
Email: BARRY@sooalolaw.com

Attorney for Plaintiff
ANTHONY BANDALAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY BANDALAN | ) CIVIL NO.: __07-00591 DAE-LEK__ |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) PLAINTIFF'S REPLY TO DEFENDANT'S |
| | ) PROPOSED CALCULATIONS FOR |
| | ) AMOUNT OF SANCTIONS; |
| | ) |
| CASTLE & COOKE; JOHN DOES 1 – | ) |
| 10 JANE DOES 1 – 10; DOE | ) |
| CORPORATIONS; DOE | ) |
| PARTNERSHIPS 1 – 10; AND DOE | ) |
| GOVERNMENT ENTITIES 1 - 10, | ) DATE: |
| | ) TIME: |
| Defendants. | ) JUDGE: __Hon. Leslie Kobayashi__ |
| | ) |
| | ) |
| | ) |
| _____ | ) |

### PLAINTIFF'S REPLY TO DEFENDANT'S
### PROPOSED CALCULATIONS FOR AMOUNT OF SANCTIONS

Plaintiff, ANTHONY BANDALAN (hereinafter "Bandalan"), by and through

his attorney, BARRY LLOYD SOOALO, hereby submits his Reply to Defendant's

Proposed Calculations for Amount of Sanctions in accordance with Rules 11 of

the Federal Rules of Civil Procedure.

The Court should defer action on the instant matter as Plaintiff intends to

file a request for reconsideration of the Court's decision granting Defendant's

Rule 11 motion.  The Court's preference for final judgment on the merits should

be given appropriate deference and consideration.  Plaintiff maintains he sought,

through the instant lawsuit, to ask this Court to extend the Court's good faith in

dealings doctrine to encompass situations such as that which occurred to Plaintiff

at his workplace in the instant matter and which serves as the factual basis for

bringing this civil action.  Plaintiff further maintains he did not bring this civil

action for an improper purpose.


_____

Barry L. Sooalo
Attorney for Plaintiff
ANTHONY BANDALAN